**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**KEVIN E. CRUTCHLEY,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

**Defendant.**                                        **No. 07-cv-0767-DRH**

**MEMORANDUM AND ORDER**

**HERNDON, Chief Judge:**

On October 30, 2007, Kevin E. Crutchley filed suit against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 1). Specifically, pursuant to **42 U.S.C. § 405(g)**, Crutchley seeks judicial review of the Commissioner's decision to deny him disability insurance benefits. Now before the Court is Crutchley's motion to proceed *in forma pauperis* (Doc. 2). Because the Court finds that Crutchley is indigent, the Court grants the motion.

By granting a motion for pauper status, a court authorizes a lawsuit to proceed without prepayment of fees. For many years, federal district courts granted such motions if the movant was indigent and the complaint was neither frivolous nor malicious. **28 U.S.C. § 1915**. The Prison Litigation Reform Act ("PLRA"), significantly changed the district court's responsibilities in reviewing *pro se* complaints and *in forma pauperis* motions. The Seventh Circuit has clarified that the PLRA "changed

§ 1915 not only for cases brought by prisoners, but in some respect for all indigent litigants." *Hutchinson v. Spink*, **126 F.3d 895, 899 (7th Cir. 1997)**.  Under the PLRA, the Court must screen any indigent's complaint (those filed by prisoners and non-prisoners alike) and dismiss the complaint if (a) the allegation of poverty is untrue, (b) the action is frivolous or malicious, (c) the action fails to state a claim upon which can be granted, or (d) the action seeks monetary relief against a defendant who is immune from such relief.  **28 U.S.C. § 1915(e)(2)**.

Crutchley's motion survives **§ 1915(e)(2)** review.  He furnished an affidavit documenting his poverty.  The action appears to be neither frivolous nor malicious.  At this point, the Court cannot conclude that the complaint fails to state a claim or that the named defendant is immune from suit.

Accordingly, the Court **GRANTS** Crutchley's application to proceed *in forma pauperis*  (Doc. 2) and motion for service of process at Government expense (Doc. 3).  The Court **DIRECTS** the Clerk's Office to prepare and issue the summons for the named Defendant.  Once the summons is issued, the Clerk's Office shall prepare USM-285 forms for Defendant, the United States Attorney and the Attorney General.  Further, the Court **DIRECTS** the United States Marshal to obtain service on same. Costs of service shall be borne by the United States of America.

**IT IS SO ORDERED.**

Signed this 2nd day of November, 2007.

/s/      DavidRHerndon
Chief Judge
United States District Court