IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN E. CRUTCHLEY,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant.　　　　　　　　　　No. 07-cv-0767-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Crutchley's July 17, 2008 motion to withdraw appeal (Doc. 17). Said motion is **GRANTED**. The Court **ALLOWS** Crutchley to withdraw his appeal. The Court dismisses Crutchley's appeal and closes the case.

**IT IS SO ORDERED.**

Signed this 24thd day of July, 2008.

/s/　David R Herndon
Chief Judge
United States District Court